### RANKIN v. GINSBERG.

(Supreme Court, Appellate Term. March 5, 1900.)

MUNICIPAL COURT OF NEW YORK—JURISDICTION—APPEAL—RECORD.

> Where the record in an appeal from the municipal court of the city of New York failed to disclose the jurisdictional fact that defendant resided in the county, the judgment will be reversed.

Appeal from municipal court, borough of Manhattan, Tenth district.

Action by William Rankin against Samuel Ginsberg. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before TRUAX, P. J., and DUGRO and SCOTT, JJ.

Henry Kuntz, for appellant.

Quackenbush & Wise, for respondent.

PER CURIAM. The record fails'to disclose the residence of the defendant. The judgment is therefore reversed, and a new trial ordered in the municipal court in the district in which the action was brought, without costs. See Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319.